# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Kelly Toys Holdings, LLC, | Case Number: 25-cv-13985 |
| Plaintiff, | |
| v. | |
| The Partnerships and Unincorporated Associations Identified on Schedule A, | Honorable Andrea R. Wood |
| Defendants. | |

## DEFENDANT'S MOTION TO SET A BRIEFING SCHEDULE

NOW COMES The Defendant, COOLgooee ("Defendant"), through counsel, and respectfully requests the Court set a briefing schedule to challenge Plaintiff's Motion for Preliminary Injunction, and states as follows:

1.  On November 18, 2025, Plaintiff filed its Motion for a Temporary Restraining Order. Doc. 14.

2.  The Court granted a Temporary Restraining Order on December 10, 2025. Doc. 24.

3. The undersigned was retained to represent the Defendant on December 17, 2025 and sought settlement negotiations with Plaintiff that day.

4. The Plaintiff filed a motion for Preliminary Injunction on January 2, 2026. Doc. 37.

5. The Defendant needs additional time to explore the possibility of settlement as well as assess the bases for Plaintiff's claims and arguments and, if warranted, challenge the Motion for Preliminary Injunction.

6. The Defendant thus requests 14 days from the date of this filing, until January 19, 2026, to file a Response, if necessary, to challenge the Motion for Preliminary Injunction.

January 4, 2026    Respectfully submitted,

s/ Christopher Keleher

The Keleher Appellate Law Group, LLC

1 E. Erie St., Suite 525

Chicago, IL 60611

312-448-8491

ckeleher@appellatelawgroup.com

CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on January 4, 2026, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and served on all counsel of record.

Respectfully submitted,

s/ Christopher Keleher

Christopher Keleher
The Keleher Appellate Law Group, LLC
1 East Erie Street
Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com