# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Kelly Toys Holdings, LLC

Plaintiff,

v.

Case No.: 1:25−cv−13985

Honorable Andrea R. Wood

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 5, 2026:

MINUTE entry before the Honorable Andrea R. Wood: Defendant's motion to set a briefing schedule on Plaintiff's motion for a preliminary injunction [41] is granted. Defendant COOLgooee shall have until 1/19/2026 to file a response to Plaintiff's motion for a preliminary injunction [37]. Nonetheless, the telephonic status hearing previously set for 1/7/2026 [34] remains firm; all parties who have appeared as well as any other Defendants wishing to be heard regarding the motion for a preliminary injunction shall appear on 1/7/2026 so that the Court can confirm the preliminary injunction briefing schedule and address any issues related to the temporary restraining order currently in place. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.