IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KELLY TOYS HOLDINGS, LLC, | |
| Plaintiff, | Case No. 25-cv-13985 |
| v. | **Judge Andrea R. Wood** |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | **Magistrate Judge Jeffrey T. Gilbert** |
| Defendants. | |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Kelly Toys Holdings, LLC ("Plaintiff" or "Kelly Toys") hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| FaikaUS | 12 |
| NSHSYYDUDI | 29 |
| Potacoo | 30 |
| STINO | 36 |
| Neat Nest Nook | 69 |
| Party 9 Pop | 70 |
| Party Pop - up Place | 71 |
| PartyPlusHub | 72 |

Dated this 15th day of January 2026.   Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Hannah E. Dawson
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
hdawson@gbc.law

*Counsel for Plaintiff Kelly Toys Holdings, LLC*