| COOLgooee (Store ID A2SBHRXIRJ5ZYG) Accused Product ID B0DYJS69MW ||||||||
|---|---|---|---|---|---|---|---|
| Amazon Order Id | Customer Shipment Date | ASIN | Quantity | Product Amount | Shipment To City | Shipment To State | Shipment To Postal Code |
| 111-7404390-2685049 | 2025-04-30T12:24:43-07:00 | B0DYJS69MW | 1 | 16.99 | MARTIN | TN | 38237-5877 |
| 112-5373945-5417841 | 2025-04-23T19:45:47-07:00 | B0DYJS69MW | 1 | 19.99 | PEORIA | IL | 61625 |
| 111-6884222-1741067 | 2025-04-20T23:24:43-07:00 | B0DYJS69MW | 1 | 19.99 | CORAM | NY | 11727-2254 |
| 113-6992323-7504218 | 2025-05-31T16:31:50-07:00 | B0DYJS69MW | 1 | 16.99 | TORRANCE | CA | 90503-9369 |
| 114-5398572-5009821 | 2025-05-30T18:02:56-07:00 | B0DYJS69MW | 1 | 16.99 | YUCAIPA | CA | 92399-4554 |
| 113-3930197-4240237 | 2025-05-30T11:54:17-07:00 | B0DYJS69MW | 1 | 16.99 | MCHENRY | IL | 60051-4540 |
| 113-1223734-4215433 | 2025-05-29T22:32:19-07:00 | B0DYJS69MW | 1 | 16.99 | Tonawada | NY | 14223 |
| 112-2604073-0651425 | 2025-05-27T14:50:33-07:00 | B0DYJS69MW | 1 | 16.99 | SAN MATEO | CA | 94403-5206 |
| 111-1884625-0953062 | 2025-05-25T10:12:45-07:00 | B0DYJS69MW | 1 | 16.99 | SPRINGBORO | OH | 45066-8160 |
| 113-1798158-2488202 | 2025-05-24T10:30:55-07:00 | B0DYJS69MW | 1 | 16.99 | SAN ANTONIO | TX | 78222-1316 |
| 113-9918588-6818620 | 2025-05-24T01:04:49-07:00 | B0DYJS69MW | 1 | 16.99 | UNION MILLS | NC | 28167-9797 |
| 114-2602339-5125821 | 2025-05-23T18:49:33-07:00 | B0DYJS69MW | 1 | 16.99 | MELBOURNE | FL | 32940-6826 |
| 113-2713001-1723448 | 2025-05-23T03:02:46-07:00 | B0DYJS69MW | 1 | 16.99 | KAILUA | HI | 96734-5029 |
| 113-5813497-8940211 | 2025-05-22T10:21:01-07:00 | B0DYJS69MW | 1 | 16.99 | HENDERSON | NV | 89044-1978 |
| 114-4197278-0201029 | 2025-05-22T03:21:23-07:00 | B0DYJS69MW | 1 | 16.99 | COLORADO SPRINGS | CO | 80917-3616 |
| 113-4531177-3352222 | 2025-05-20T11:34:02-07:00 | B0DYJS69MW | 1 | 16.99 | VACAVILLE | CA | 95688-2306 |
| 113-8612530-3877020 | 2025-05-19T01:07:01-07:00 | B0DYJS69MW | 1 | 16.99 | SACRAMENTO | CA | 95829-8163 |
| 111-5178728-8652266 | 2025-05-18T14:22:33-07:00 | B0DYJS69MW | 1 | 16.99 | BUFORD | GA | 30519-5222 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 113-7050049-8002642 | 2025-05-11T17:29:59-07:00 | B0DYJS69MW | 1 | 16.99 | GLENDALE | AZ | 85307-1743 |
| 113-5003194-2660265 | 2025-05-09T08:55:29-07:00 | B0DYJS69MW | 1 | 16.99 | MADISON | AL | 35758-7334 |
| 111-8865101-5416252 | 2025-05-09T07:01:27-07:00 | B0DYJS69MW | 1 | 16.99 | LAKE PARK | GA | 31636-3111 |
| 113-5003194-2660265 | 2025-05-09T02:08:37-07:00 | B0DYJS69MW | 1 | 16.99 | MADISON | AL | 35758-7334 |
| 113-3484385-8889022 | 2025-05-07T20:43:40-07:00 | B0DYJS69MW | 1 | 16.99 | HOUSTON | TX | 77078-1218 |
| 113-5417485-6537842 | 2025-05-05T12:13:44-07:00 | B0DYJS69MW | 1 | 16.99 | BEND | OR | 97701-8505 |
| 114-8049399-6566665 | 2025-05-02T02:11:55-07:00 | B0DYJS69MW | 1 | 16.99 | NAPERVILLE | IL | 60564-4104 |
| 112-5385375-0234614 | 2025-05-01T19:12:27-07:00 | B0DYJS69MW | 1 | 16.99 | HAMDEN | CT | 06518-3787 |
| 112-1181589-7558614 | 2025-06-23T11:27:38-07:00 | B0DYJS69MW | 1 | 16.99 | ASTORIA | NY | 11106-1220 |
| 114-1621322-9640258 | 2025-06-18T23:11:55-07:00 | B0DYJS69MW | 1 | 16.99 | BRIGHTON | MA | 02135-7757 |
| 112-6370831-1464228 | 2025-06-10T19:22:34-07:00 | B0DYJS69MW | 1 | 16.99 | YORKTOWN | VA | 23692-4010 |
| 112-9174965-3177833 | 2025-06-10T13:09:52-07:00 | B0DYJS69MW | 1 | 16.99 | LEESBURG | VA | 20176-3863 |
| 113-4314608-8065057 | 2025-06-10T08:08:21-07:00 | B0DYJS69MW | 1 | 16.99 | RESTON | VA | 20190-3340 |
| 112-3273310-8642642 | 2025-06-09T20:38:04-07:00 | B0DYJS69MW | 1 | 16.99 | CHICAGO | IL | 60606-3521 |
| 113-2356685-9227405 | 2025-06-09T16:48:04-07:00 | B0DYJS69MW | 1 | 16.99 | GUTTENBERG | NJ | 07093-3411 |
| 113-6860179-4734622 | 2025-06-09T09:29:47-07:00 | B0DYJS69MW | 1 | 16.99 | CENTREVILLE | MD | 21617-2592 |
| 111-5273869-5227424 | 2025-06-08T21:31:15-07:00 | B0DYJS69MW | 1 | 16.99 | Palmdale | CA | 93550 |
| 113-0604926-4189069 | 2025-06-04T23:32:41-07:00 | B0DYJS69MW | 1 | 16.99 | UNCASVILLE | CT | 06382-1812 |
| 113-0287530-0076222 | 2025-06-04T17:57:37-07:00 | B0DYJS69MW | 2 | 33.98 | Colonia | NJ | 07067 |
| 114-0698383-1732201 | 2025-06-01T12:31:59-07:00 | B0DYJS69MW | 2 | 33.98 | SAN DIEGO | CALIFORNIA | 92139-3528 |
| 112-3041153-5857815 | 2025-07-25T19:11:16-07:00 | B0DYJS69MW | 1 | 16.99 | COPPELL | TX | 75019-7924 |
| 112-1782481-5437054 | 2025-07-24T22:09:22-07:00 | B0DYJS69MW | 1 | 16.99 | AUBREY | TX | 76227-5752 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 112-5427613-1378663 | 2025-07-24T20:19:10-07:00 | B0DYJS69MW | 1 | 16.99 | DALLAS | TX | 75244-7514 |
| 112-1837637-1933822 | 2025-07-20T00:52:37-07:00 | B0DYJS69MW | 1 | 16.99 | NOBLESVILLE | IN | 46062-4410 |
| 112-8631280-2365855 | 2025-07-05T18:23:53-07:00 | B0DYJS69MW | 1 | 16.99 | Goodyear | AZ | 85338-4550 |
| 112-0131536-4557051 | 2025-08-21T20:40:55-07:00 | B0DYJS69MW | 1 | 16.99 | CLEBURNE | TX | 76031-5005 |
| 112-3282923-6008230 | 2025-08-17T00:50:38-07:00 | B0DYJS69MW | 1 | 16.99 | VALRICO | FL | 33594-4905 |
| 113-8028539-2726629 | 2025-08-05T22:24:39-07:00 | B0DYJS69MW | 1 | 16.99 | CASTRO VALLEY | CA | 94546-1512 |
| 112-7380907-5467421 | 2025-08-05T13:37:33-07:00 | B0DYJS69MW | 1 | 16.99 | BROWNSVILLE | TX | 78526-5122 |
| 113-8379421-4429858 | 2025-08-03T00:59:54-07:00 | B0DYJS69MW | 1 | 16.99 | DENTON | TX | 76210 |
| 114-3940332-5321844 | 2025-09-28T05:23:24-07:00 | B0DYJS69MW | 1 | 16.99 | GROSSE ILE | MI | 48138-1836 |
| 111-9094318-1547469 | 2025-09-14T14:27:17-07:00 | B0DYJS69MW | 1 | 16.99 | West Melbourne | FL | 32904 |
| 112-3015306-1347469 | 2025-10-18T00:02:21-07:00 | B0DYJS69MW | 1 | 16.99 | COLLEGE STATION | TX | 77845-8199 |
| 112-3015306-1347469 | 2025-10-18T00:02:21-07:00 | B0DYJS69MW | 1 | 16.99 | COLLEGE STATION | TX | 77845-8199 |
| 112-4837111-3141036 | 2025-10-16T17:48:57-07:00 | B0DYJS69MW | 2 | 33.98 | PLAINFIELD | IL | 60544-7450 |
| 114-8095536-8501001 | 2025-10-15T06:07:48-07:00 | B0DYJS69MW | 1 | 16.99 | ORONO | ME | 04473-3802 |
| 112-4584611-5816262 | 2025-10-11T12:43:08-07:00 | B0DYJS69MW | 2 | 33.98 | FENTON | MO | 63026-2818 |
| 113-6191762-2757814 | 2025-10-08T21:23:12-07:00 | B0DYJS69MW | 1 | 16.99 | OTISVILLE | NY | 10963-2387 |
| 111-1922854-4674661 | 2025-10-06T20:37:05-07:00 | B0DYJS69MW | 1 | 16.99 | CAPE CORAL | FL | 33909-6542 |
| 114-0921722-7550668 | 2025-10-02T20:10:46-07:00 | B0DYJS69MW | 2 | 33.98 | HOUSTON | TX | 77055-6665 |
| 112-4823814-7194667 | 2025-11-30T18:51:17-08:00 | B0DYJS69MW | 1 | 16.99 | PAWLEYS ISLAND | SC | 29585-6667 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 114-0980220-7340221 | 2025-11-30T17:56:12-08:00 | B0DYJS69MW | 1 | 16.99 | WESLEY CHAPEL | FL | 33543-6745 |
| 114-0980220-7340221 | 2025-11-30T08:48:57-08:00 | B0DYJS69MW | 1 | 16.99 | WESLEY CHAPEL | FL | 33543-6745 |
| 112-4823814-7194667 | 2025-11-30T07:39:18-08:00 | B0DYJS69MW | 1 | 16.99 | PAWLEYS ISLAND | SC | 29585-6667 |
| 111-5093282-7594611 | 2025-11-10T19:48:28-08:00 | B0DYJS69MW | 1 | 16.99 | MAINEVILLE | OH | 45039-7515 |
| 113-3653067-9075410 | 2025-11-08T21:38:10-08:00 | B0DYJS69MW | 1 | 16.99 | MAINEVILLE | OH | 45039-7515 |
| 112-6543729-5793840 | 2025-11-08T19:44:14-08:00 | B0DYJS69MW | 1 | 16.99 | GALENA | KS | 66739-1435 |
| 112-5394775-6783405 | 2025-11-05T22:36:05-08:00 | B0DYJS69MW | 1 | 16.99 | KUNA | ID | 83634-5359 |
| 113-6891753-8964210 | 2025-11-05T12:05:14-08:00 | B0DYJS69MW | 1 | 16.99 | Keshena | WI | 54135 |
| 114-6072743-7335447 | 2025-11-05T11:40:39-08:00 | B0DYJS69MW | 1 | 16.99 | LEBANON | KY | 40033-8727 |
| 114-8821036-7641806 | 2025-11-02T10:35:55-08:00 | B0DYJS69MW | 1 | 16.99 | Shelby | MT | 59474 |
| 114-5842881-6685029 | 2025-12-14T08:04:03-08:00 | B0DYJS69MW | 1 | 16.99 | CHAMBERSBURG | PA | 17202-2904 |
| 112-2902946-4440246 | 2025-12-07T17:14:57-08:00 | B0DYJS69MW | 1 | 16.99 | GRANADA HILLS | CA | 91344-4832 |
| 112-2902946-4440246 | 2025-12-06T20:09:21-08:00 | B0DYJS69MW | 1 | 16.99 | GRANADA HILLS | CA | 91344-4832 |