## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Kelly Toys Holdings, LLC, | Case Number: 25-cv-13985 |
| Plaintiff, | Honorable Andrea R. Wood |
| v. | |
| The Partnerships and Unincorporated Associations Identified on Schedule A, | |
| Defendants. | |

## (UNOPPOSED) FIRST MOTION OF DEFENDANT
## FOR EXTENSION OF TIME TO ANSWER OR PLEAD

NOW COMES the Defendant COOLgooee, ("Defendant"), through counsel, and respectfully requests this Court extend the time by 21 days to respond to the Complaint. In support:

1. This is the first extension motion filed by the Defendant.

2. The Defendant is in settlement negotiations with the Plaintiff, and Defendant has also filed an opposition to Plaintiff's Motion for Preliminary Injunction. *See* Doc. 47.

3. The Defendant needs additional time to try and reach an agreement, or if not, respond to Plaintiff's Complaint.

4. This Court may, for good cause, extend the time by which Defendant's response is due if a request is made, before the original time or its extension expires. Fed. R. Civ. P. 6(b)(1)(A).

5. The Defendant requests this Court extend the date 21 days from the date of this filing on which Defendant must respond to Plaintiff's Complaint, if ultimately necessary, to February 16, 2026.

6. The Plaintiff does not object to this Motion.

WHEREFORE, for the foregoing reasons, Defendant COOLgooee respectfully requests this Honorable Court enter an Order: Extending the date on which its response to Plaintiff's Complaint is due 21 days to February 16, 2026.

January 23, 2026  Respectfully submitted,

s/ Christopher Keleher

Christopher Keleher
The Keleher Appellate Law Group, LLC
1 East Erie St., Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies on January 23, 2026 that a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and served on all counsel of record.

Respectfully submitted,

s/ Christopher Keleher

Christopher Keleher
The Keleher Appellate Law Group, LLC
1 East Erie St., Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com