# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Kelly Toys Holdings, LLC

                              Plaintiff,

v.

                              Case No.: 1:25−cv−13985

                              Honorable Andrea R. Wood

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 26, 2026:

      MINUTE entry before the Honorable Andrea R. Wood: Defendant COOLgooee's unopposed first motion for extension of time to answer or plead [48] is granted. Defendant COOLgooee shall answer or otherwise respond to the complaint by 2/16/2026. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.