# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Kelly Toys Holdings, LLC, | ) |
| Plaintiff, | ) Case No: 25-cv-13985 |
| v. | ) |
| The Partnerships and Unincorporated Associations Identified on Schedule A, | ) |
| | ) Honorable Andrea R. Wood |
| Defendants. | ) |

## DEFENDANT COOLGOOEE'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL

NOW COMES Defendant COOLgooee (Defendant No. 5), and in response to Plaintiff's Motion to Compel, states as follows:

1. Plaintiff has filed its Motion to Compel and concomitant request to stay the briefing schedule regarding Defendant's Response in Opposition of Plaintiff's Motion for Entry of a Preliminary Injunction (Doc. 47). *See* Doc. 51.

2. In its Motion to Compel, the Plaintiff sought to compel the Defendant to answer the discovery it propounded to the Defendant.

3. This morning, February 4, 2026, the Defendant answered and served its discovery answers.

4. As such, the Defendant has complied with the discovery procedures.

5. The Defendant has further complied with the requests of the Motion to Compel, and as such, the Court should lift the stay on the briefing of Defendant's Response in Opposition of Plaintiff's Motion for Entry of a Preliminary Injunction (Doc. 47).

| | |
|---|---|
| February 4, 2026 | Respectfully submitted, |
| | s/ Christopher Keleher |
| | The Keleher Appellate Law Group, LLC |
| | 1 E. Erie St., Suite 525 |
| | Chicago, IL 60611 |
| | 312-448-8491 |
| | ckeleher@appellatelawgroup.com |

CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on February 4, 2026, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and served on all counsel of record.

Respectfully submitted,

s/ Christopher Keleher

Christopher Keleher
The Keleher Appellate Law Group, LLC
1 East Erie Street
Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com